# In re Widening of Chestnut Street.    Appeal of Crump *et al.*

No appeal lies from the decree of the Court of Quarter Sessions in the case of a street or road.

IN the foregoing case an appeal was also taken by John Crump and others from the decree of the court.

*A. A. Hirst, J. G. Rosengarten* and *M. Arnold,* for appellants.

No counsel appeared contra.

Mr. Justice MERCUR delivered the opinion of the court, March 11th 1878.

As no Act of Assembly gives an appeal from a decree of the Quarter Sessions, in the case of a street or road, no appeal lies. The proceedings can be reviewed on certiorari only. On such a writ we have just reviewed the record in this case; therefore,

> Appeal quashed.